UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANTHONY LYNCH-BEY,

   Plaintiff,      CIVIL ACTION NO. 05 CV 72378 DT

  v.         DISTRICT JUDGE NANCY G. EDMUNDS

PATRICIA CARUSO, et al,    MAGISTRATE JUDGE VIRGINIA MORGAN

   Defendant.
_____/

## ORDER GRANTING MOTION TO COMPEL SERVICE

  This matter is before the court on Plaintiff's Motion to Compel Service Pursuant to Rule 5,  filed May 11, 2006 (D/E 21).  Plaintiff indicates that he has not received a copy of Defendants' Motion for Dismissal or Summary Judgment, filed May 1, 2006 (D/E 17).  The court has considered the motion and orders as follow:

  IT IS ORDERED that Plaintiff's motion to compel service IS GRANTED.  The court makes no determination as to whether Defendants served the motion, but accepts Plaintiff's statement of non-receipt.  Defendants are to serve or re-serve on Plaintiff their Motion for Dismissal or Summary Judgment on or before May 31, 2006 and file a proof of service.  Plaintiff will have until July 7, 2006 to file a response to defendants' motion.


         s/Virginia M. Morgan_____
        VIRGINIA M. MORGAN
        UNITED STATES MAGISTRATE JUDGE

Dated:  May 16, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANTHONY LYNCH-BEY,

          Plaintiff,                      CIVIL ACTION NO. 05 CV 72378 DT

      v.                          DISTRICT JUDGE NANCY G. EDMUNDS

PATRICIA CARUSO, et al,            MAGISTRATE JUDGE VIRGINIA MORGAN

          Defendant.
_____/


**PROOF OF SERVICE**

The undersigned certifies that the foregoing *order* was served upon counsel of record and Anthony

Lynch-Bey via the Court's ECF System and/or U. S. Mail on May 16, 2006.

                                 s/J Hernandez
                                 Case Manager to
                                 Magistrate Judge Virginia M. Morgan