UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LYNCH-BEY,

        Plaintiff,               CIVIL ACTION NO. 05-72378

      v.                        DISTRICT JUDGE NANCY G. EDMUNDS

JOHN RUBITSCHUN, *et al.*,       MAGISTRATE JUDGE VIRGINIA M. MORGAN

        Defendants.

_____/

**ORDER**

       This prisoner civil rights matter comes before the court on Defendants' Motion to Stay Discovery. Defendants assert that discovery should be stayed pending the resolution of their recently filed dispositive motion. Plaintiff filed a response to the motion in which he asserted that he has no objection to a stay. Plaintiff does not contend that he needs to conduct discovery in order to respond to the dispositive motion or that a stay would cause him prejudice. In light of the pendency of the dispositive motion, the lack of any objection by plaintiff to a discovery stay, and the lack of any apparent prejudice to plaintiff, the court finds that a discovery stay would be appropriate. Accordingly, pursuant to Fed. R. Civ. P. 26(c), **IT IS HEREBY ORDERED** that Defendants' Motion to Stay is **GRANTED** pending resolution of defendants' dispositive motion. The stay is lifted as of the date that the court's opinion on the dispositive motion is docketed.


                         _s/Virginia M. Morgan_____
                         VIRGINIA M. MORGAN
Dated: June 5, 2006             UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANTHONY LYNCH-BEY,

                  Plaintiff,                  CIVIL ACTION NO. 05-72378

          v.                         DISTRICT JUDGE NANCY G. EDMUNDS

JOHN RUBITSCHUN, *et al.*,          MAGISTRATE JUDGE VIRGINIA M. MORGAN

                  Defendants.
_____/


**PROOF OF SERVICE**

The undersigned certifies that on June 5, 2006, the foregoing *order* was served upon counsel of record via the Court's ECF System and via U. S. Mail to:

Anthony Lynch
146972
Macomb Correctional Facility
34625 26 Mile Road
New Haven, MI 48048

                                        s/Jennifer Hernandez
                                        Case Manager to
                                        Magistrate Judge Virginia M. Morgan